IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANGELO KELLY                                                                                        PLAINTIFF

V.                                                                                  CIVIL ACTION NO. 1:16CV223

CREDIT ACCEPTANCE and
SUPERMAN AUTO                                                                                    DEFENDANTS

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, Defendant's Motion to Compel Arbitration is GRANTED. Plaintiff's clams are dismissed. The claims against Credit Acceptance are dismissed with prejudice. Claims against Superman Auto are dismissed without prejudice, for Plaintiff has failed to complete process. Defendant's Motion to Strike is DENIED as moot. This case is CLOSED.

IT IS SO ORDERED, this the 20th day of March, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE